Leslie WEATHERHEAD, Plaintiff–Appellant,

v.

UNITED STATES of America; Department of Justice; United States Department of State, Defendant–Appellant.

No. 96–36260.

United States Court of Appeals, Ninth Circuit.

Jan. 26, 2000.

Before: HUG, Chief Judge, REINHARDT and SILVERMAN, Circuit Judges.

## ORDER

The Supreme Court having determined that this case became moot subsequent to its grant of the writ of certiorari, the judgment of this court was vacated and the case remanded with the direction to remand the case to the district court to

---

1. The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

dismiss the case as moot. Pursuant to the order of the Supreme Court, the judgment of this court, *Weatherhead v. U.S., Dept. of Justice,* 157 F.3d 735 (9th Cir.1998), is vacated and the case is remanded to the United States District Court for the Eastern District of Washington to dismiss the case as moot.